UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ENTERED ON
JUL 2 6 2010
DOCKET**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 11 |
| | ) | |
| VOICES OF FAITH MINISTRIES, INC. | ) | CASE NO. 10-76358-MHM |
| | ) | |
| Debtor | ) | |

ORDER AND NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing on Order for Grady Roberts to show cause (Doc 10) will be held September 8, 2010 at 10:30 a. m. in Courtroom 1204, United States Courthouse, 75 Spring Street, S. W., Atlanta, Georgia.

These hearing is CONTINUED from July 15, 2010.

The Clerk is directed to serve this Order and Notice on Debtor, Attorney for Debtor, United States Trustee, all creditors and parties in interest.

At Atlanta, Georgia this 26th day of July, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE