IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2010 AUG 31 PM 2: 14

M. REGINA THOMAS
CLERK
BY Joe Cook
DEPUTY CLERK

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 10-76358-MHM |
| VOICES OF FAITH ) | |
| MINISTRIES, INC. ) | CHAPTER 11 |
| ) | |
| DEBTOR. ) | |
| ) | |

☐ ORIGINAL

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**1.**

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I, GRADY A. ROBERTS, certify that I am the attorney for the above-named debtor and that I, nor Roberts Law, LLC received any compensation for services rendered in connection with the bankruptcy.

**2.**

I agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceedings.

This 27th day of August, 2010.

Respectfully submitted,

_____
GRADY A. ROBERTS
Georgia Bar No: 609540
Attorney for Debtor

**ROBERTS LAW, LLC**
191 Peachtree Street, NE, Suite 3300
Atlanta, Georgia 30303
Phone: (404) 794-7000; Facsimile: (404) 794-7001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 10-76360-WLH |
| **VOICES OF FAITH** ) | |
| **MINISTRIES, INC.** ) | CHAPTER 11 |
| ) | |
| DEBTOR. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the *DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR* was sent by First Class United States Mail to the following parties in interest:

James H. Morawetz
U.S. Department of Justice
Office of the U.S. Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

This 27th day of August, 2010.

GRADY A. ROBERTS
Georgia Bar No.: 609540
Attorney for Debtor

**ROBERTS LAW, LLC**
191 Peachtree Street, NE, Suite 3300
Atlanta, Georgia 30303
Phone: (404) 794-7000
Facsimile: (404) 794-7001